IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBE HOLLINGSWORTH,<br><br>Defendant. | 8:22-cr-46<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

      This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. Filing 30. The Court has reviewed the record in this case and, being duly advised of the premises, finds as follows:

1. On August 22, 2022, Defendant entered into a plea agreement, pleading guilty to Counts I and IV, and admitted to the Forfeiture Allegation of the Indictment. Filing 29.

2. Count I charged defendant with possession and distribution of marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1). Count IV charged possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

3. The Forfeiture Allegation of the Indictment alleged the $6,761 in United States currency was derived from proceeds obtained (directly or indirectly) as a result of the violation and/or was used (or intended to be used) to commit or facilitate the violation.

4. As a result of this plea, Defendant's interest in the Property is forfeited to the United States.

5. The United States is entitled to possession of the Property. 21 U.S.C. § 853.

6. The Motion for Preliminary Order of Forfeiture should be granted. Accordingly,

   IT IS ORDERED:

   1. The Government's Motion for Preliminary Order of Forfeiture, Filing 30, is granted.

1

2. Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the Government is hereby authorized to seize the $6,761 in United States currency.

3. Defendant's interest in the $6,761 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C.§ 853(n)(1).

4. The $6,761 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than defendant, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $6,761 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 25th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

3