IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOBE HOLLINGSWORTH,<br><br>Defendant. | 8:22-CR-46<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the Government's Motion for Final Order of Forfeiture. Filing 36. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  On August 25, 2022, the Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in $6,761 United States currency. Filing 31.

2.  On October 26, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet Government forfeiture site, www.forfeiture.gov regarding the subject currency. Filing 35.

3.  The United States advises the Court that no party has filed a petition regarding the subject currency. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.  The Motion for Final Order of Forfeiture should be granted. Accordingly,

    IT IS ORDERED:

    1.  The Government's Motion for Final Order of Forfeiture, Filing 36, is granted;

1

2. All right, title and interest in and to the $6,761 United States currency taken from defendant on or about January 13, 2022, held by any person or entity are forever barred and foreclosed;

3. The currency in United States currency is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 9th day of November, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge